THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS C. MURPHY, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Murphy* v. *Bingham,* 130 App. Div. 112, affirmed.
(Argued October 4, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1909, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to recognize the relator as a telegraph operator with the rank and compensation of a lieutenant of police in the police department of the city of New York.

*William H. Good* and *J. Grattan MacMahon* for appellant.

*Francis K. Pendleton, Corporation Counsel (Terence Farley, Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.